# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE WALKER,<br><br>                              Petitioner,<br><br>         v.<br><br>MARY LATTIMORE, Warden,<br><br>                              Respondent. | Civil No.   09cv1913-IEG (PCL)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, she must submit, **no later than November 23, 2009,** a copy of this Order with the $5.00 fee or with adequate proof of her inability to pay the fee. The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

   **IT IS SO ORDERED.**

**DATED: September 26, 2009**

                                                                  *Irma E. Gonzalez*
                                                                  **IRMA E. GONZALEZ, Chief Judge**
                                                                  **United States District Court**

   **CC:        ALL PARTIES**